FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

SEP 09 2011

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| GERMAN ROSALES and LUIS CARTAGENA, individually and on behalf of all other persons similarly situated who were employed by THERMAL INSULATION, INC. INC. | ) ) ) ) ) CIVIL ACTION ) FILE NO. 10-cv-1970-JOF ) |
| Plaintiffs, | ) COLLECTIVE ACTION ) UNDER THE FAIR LABOR |
| vs. | ) STANDARDS ACT ) |
| THERMAL INSULATION, INC. | ) ) |
| Defendant. | ) |

## ORDER OF PRELIMINARY APPROVAL

Upon consideration of the joint motion for preliminary approval of the class-wide settlement and its supporting exhibits, and affidavit, and

It appearing that the proposed settlement is fair and reasonable, and

It further appearing that a "Notice of Collective Action Settlement and Settlement Hearing" ("Notice") describing the settlement and providing instructions on how to object will be sent to all putative class members,

It is therefore this 9th day of Sept. 2011

ORDERED that the parties' class-wide settlement is preliminarily fair and reasonable;

ORDERED that Plaintiffs German Rosales and Luis Cartagena are appointed as the representative plaintiffs in this class action;

ORDERED that Virginia & Ambinder, LLC, and Munger & Stone, LLP are appointed as Class Counsel for the Class Members;

ORDERED that for purposes of settlement a Settlement Class is certified consisting of the following Class:

> All current and former nonexempt employees who work or have worked for Thermal Insulation, Inc., at any time during the period beginning April 1, 2008 and ending June 30, 2010, and who received a payment during one or more workweeks during that period designated as "Non-Tax Trvl" on their pay stubs.

ORDERED that:

- Within fifteen (15 days) of the date of this order, Class Counsel shall send by first-class mail the Notice (including Opt-in Form) to all putative Class Members;

- Class members shall opt-in or lodge objections as set forth in the Notice which was jointly proposed by the parties and filed with by the Court;

ORDERED that the form and content of the Notice is adequate, proper, comport with Due Process and are hereby approved.

Counsel for the parties are hereby authorized to jointly use all reasonable procedures in connection with approval and administration of the settlement that are not materially inconsistent with this Order or the Settlement Agreement, including making, without further approval of the Court, minor changes to the form or content of the Notice, and other exhibits that they jointly agree are reasonable or necessary.

_____
HONORABLE J. OWEN FORRESTER
UNITED STATES DISTRICT JUDGE