IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

SEP 09 2011

JAMES N. HATTEN, Clerk
By: _____
Deputy Clerk

German Rosales, et al

v.

Thermal Insulation, INC.

1:10CV01970JOF

Exhibit C to Settlement Agreement
(Exhibit A to Motion to Approve Settlement)