IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| German Rosales, et al., <br><br> Plaintiffs, <br> v. <br><br> Thermal Insulation, Inc., <br><br> Defendant. | CIVIL ACTION NO. <br> 1:10-cv-01970-JOF |

**ORDER**

The Court having reviewed the docket and there appearing that no activity has occurred in recent months, it is hereby ORDERED that this case be ADMINISTRATIVELY CLOSED. The Court retains complete jurisdiction to vacate this Order and to reopen the action if necessary. If the Court receives no motion to vacate or no motion to extend the time to file the motion to vacate within SIXTY (60) DAYS of the date of this Order, the dismissal shall be with prejudice.

**IT IS SO ORDERED** this 27th day of September, 2012.

                                              S/ J. Owen Forrester
                                              J. OWEN FORRESTER
                              SENIOR UNITED STATES DISTRICT JUDGE

AO 72A
(Rev.8/82)